Argued and submitted October 6, 1995, affirmed July 24, petition for review denied October 29, 1996 (324 Or 323)

JACKIE DARRELL SMITH,
*Appellant,*

*v.*

Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(94C-11612; CA A86796)

920 P2d 1147

Gregory J. Hazarabedian argued the cause and filed the brief for appellant.

David B. Thompson, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *Owens v. Maass*, 323 Or 430, 918 P2d 808 (1996).